IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 7:19-CR-57 (WLS) |
| ALPHONSO KNIGHTON, III, | : |
| Defendant | : |

## ORDER

Upon the motion of the government, and for the reasons stated in the government's motion, this case and pending indictment against ALPHONAO KNIGHTON, III are hereby DISMISSED.

SO ORDERED this 22nd day of September, 2021.

_____
W. LOUIS SANDS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Presented by:

/s/Robert D. McCullers
ROBERT D. MCCULLERS
Georgia Bar No. 486976
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511
Robert.mccullers@usdoj.gov